IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CV-298-BO

PAMANEKIA TAYLOR,                    )
      Plaintiff,                    )
                                        )
                                        )
v.                                   )          O R D E R
                                        )
RECEIVABLES PERFORMANCE              )
MANAGEMENT, L.L.C.,                  )
      Defendant.                    )

This matter is before the Court on defendant's motion to stay [DE 10], to which plaintiff

has responded in opposition [DE 15]. Defendant argues that the action should be stayed pending

resolution of certain Federal Communications Commission (FCC) petitions that would

purportedly clarify issues pertinent to the Trade Consumer Protection Act (TCPA), 47 U.S.C. §§

227, *et seq.*, and correspondingly, to the instant case.

Specifically, defendant was concerned about: 1) whether, after previously receiving

consent to call, a party is liable under the TCPA for placing autodialed calls after the number has

been reassigned to a third party without the party's knowledge; 2) whether the equipment that

lacks the current capacity for random or sequential number generation constitutes an automatic

telephone dialing system. It appears that these issues were addressed by the FCC at its June 18,

2015, meeting. Federal Communications Commission, TCPA Omnibus Declaratory Ruling and

Order, *available at* https://www/fcc/gov/document/tcpa-omnibus-declaratory-ruling-and-order.

Accordingly, the Court DENIES AS MOOT the motion to stay.

SO ORDERED, this **23** day of July, 2015.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE